UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mitchell Kersch,

                Plaintiff,

-against-

FOXO Technologies, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __09/27/2024__

24 Civ. 5408 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is ORDERED that by **October 18, 2024**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of this Court's Individual Practices in Civil Cases or otherwise take steps to prosecute this action. Failure to do so may result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Blair v. Moore Med., LLC*, No. 21-1424, 2022 WL 1493743, at *1 (2d Cir. May 12, 2022) (summary order).

      SO ORDERED.

Dated: September 27, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge