UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITCHELL KERSCH ,

                Plaintiff,

v.

FOXO TECHNOLOGIES, INC.,

                Defendant.

24-CV-05408 (JAV)

**NOTICE OF REASSIGNMENT**

JEANNETTE A. VARGAS, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge.

Dated: February 4, 2025
      New York, New York

                                             _____
                                             JEANNETTE A. VARGAS
                                             United States District Judge